429 A.2d 60

Commonwealth ex rel. Weber v. Weber.

Appeal of Vance L. Weber.

Appeal of Eunice L. Weber.

* Judge Vincent A. Cirillo, of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.

Argued December 3, 1979. Richard C. Snelbaker, for Vance L. Weber, appellant (at Nos. 1078 and 1079) and appellee (at No. 1129); Charles E. Friedman, for Eunice L. Weber, appellant (at No. 1129) and appellee (at Nos. 1078 and 1079).

Before HESTER, MONTGOMERY and CIRILLO, JJ.*

Order affirmed.